**No. 56149.**—Quon Quon Company v. United States, protests 168548–K and 168549–K (Los Angeles).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of silent butlers composed wholly or in chief value of brass, not plated, used chiefly for utilitarian purposes in the household, the same in all material respects as the merchandise the subject of *The Fan Co.* v. *United States* (25 Cust. Ct. 42, C. D. 1261), the claim of the plaintiff was sustained.

**No. 56150.**—Vintage Wines, Inc. v. United States, protest 171570–K (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of Lancers Rose Wine in bottles or jugs similar in all material respects to that the subject of Abstract 53224, the claim of the plaintiff was sustained.

**No. 56151.**—James White Rawles v. United States, protest 166090–K (Baltimore).

Opinion by EKWALL, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's classification, the protest was overruled.

**No. 56152.**—Universal Sales Service Associates, Inc. v. United States, protest 174836–K (New York).

Opinion by EKWALL, J. The case was dismissed by order of the court.